IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| TODD DAMASE OUELLETTE, | CV 10-133-M-DWM-JCL |
| Plaintiff, | |
| vs. | |
| | ORDER |
| VIACOM, and NBC UNIVERSAL, | |
| Defendants. | |

_____

Plaintiff Todd Ouellette, acting pro se, has moved for permission to use the Court's electronic notification system.  The Court's Case Management/Electronic Case Files system is available only for use by attorneys.  *See* L.R. 1.6(c).  As a non-attorney, Ouellette is only permitted to file his documents conventionally. L.R. 1.6(d).  Therefore, because Ouellette is proceeding pro se and is not an attorney, IT IS ORDERED that his motion is DENIED.

DATED this 28th day of March, 2011.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge

1